IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA :
:
v. : **Criminal Action**
: **No. 5:19-cr-51-TES**
JONATHAN BLASH, :
:
*Defendant* :
:

## ORDER ON MOTION TO REVOKE APPEAL BOND AND ON THE PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

On September 7, 2021, the Probation Office of this court filed a petition advising the court

that defendant had violated his conditions of release. Doc. 64. The government thereafter filed a

"Motion to Revoke Appeal Bond." Doc. 68. These matters came on for hearing before the court

on October 25, 2021, at which time the defendant was present and represented by counsel, and at

which time the defendant stated that he would not oppose the government's motion and the

Probation Office's petition. He further consented to being returned to custody immediately to

begin service of his sentence and to await the outcome of his pending appeal.

**WHEREFORE,** it is **HEREBY ORDERED** that the government's motion [Doc. 68] and

the petition of the Probation Office [Doc. 64] are granted, defendant's release pending appeal is

revoked, and the defendant shall immediately be returned to custody.

SO ORDERED, this _____ day of October, 2021.

TILMAN E. SELF, III, JUDGE
UNITED STATES DISTRICT COURT