AO 245D (Rev. 12/19) Judgment in a Criminal Case for Revocations Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF GEORGIA

UNITED STATES OF AMERICA
v.

JONATHAN BLASH

**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No. 5:19-CR-51-001-TES

USM No. 01482-120

E. Addison Gantt
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) 1 - 2 of the term of supervision.

☐ was found in violation of condition(s) ______ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to refrain from violation of the law | December 30, 2024 |
| 2 | Failure to refrain from violation of the law | December 30, 2024 |

The defendant is sentenced as provided in pages 2 through 2 . The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The defendant has not violated condition(s) 3 - 6 and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. 2841

Defendant's Year of Birth: 1991

City and State of Defendant's Residence:

Warner Robins, Georgia 31088

August 24, 2026
Date of Imposition of Judgment

[signature]
Signature of Judge

TILMAN E. SELF, III
U.S. DISTRICT JUDGE
Name and Title of Judge

8/26/26
Date

DEFENDANT: JONATHAN BLASH
CASE NUMBER: 01482-120

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : Time served effective on September 21, 2026

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at ______________ ☐ a.m. ☐ p.m. on ____________________ .
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ before 2 p.m. on ________________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

______________________________________________________________________

______________________________________________________________________

______________________________________________________________________

Defendant delivered on ___________________________ to ________________________________

at ___________________________ with a certified copy of this judgment.

________________________________________
UNITED STATES MARSHAL

By ________________________________________
DEPUTY UNITED STATES MARSHAL